

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2015

No. 04-15-00238-CV

Erasmo **FIGUEROA**,
Appellant

v.

**VILLAS OF VISTA DEL NORTE**,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 2015CV01973
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Before the Court is Appellant's motion for extension of time to file an amended brief. The motion is granted. Appellant's amended brief is due on or before December 16, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2015.

_____
Keith E. Hottle
Clerk of Court